UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUEBONNET INTERNET MEDIA SERVICES, LLC,<br><br>       Plaintiff,<br><br>    v.<br><br>PANDORA MEDIA, LLC,<br><br>       Defendant. | 21-cv-08294-VC<br><br>**JUDGMENT** |

The Court, having granted judgment on the pleadings, now enters judgment in favor of the defendant and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: September 7, 2022

_____
VINCE CHHABRIA
United States District Judge