BRIAN A. CARPENTER
California State Bar No. 262349
carpenter@cclaw.com
CARSTENS & CAHOON, LLP
13760 NOEL ROAD, STE 900
DALLAS, TEXAS 75240
Telephone:  (972) 367-2001
Facsimile:  (972) 367-2002

ROBERT R. BRUNELLI
rbrunelli@sheridanross.com
BRIAN S. BOERMAN
bboerman@sheridanross.com
SHERIDAN ROSS P.C.
1560 BROADWAY, STE 1200
DENVER, COLORADO 80202
Telephone:  (303) 863-9700
Facsimile:  (303) 863-0223

WALTER JAMES SCOTT, JR.
skip@scott-llp.com
GEORGE T. SCOTT
jorde@scott-llp.com
SCOTT LAW GROUP LLP
PO Box 93198
300 STATE STREET
SOUTHLAKE, TEXAS 76092
Telephone:  (214) 755-1978
Facsimile:  (817) 421-3915

*Attorneys for Plaintiff*
*Bluebonnet Internet Media Services, LLC.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUEBONNET INTERNET MEDIA SERVICES, LLC,<br><br>  Plaintiff,<br><br>  vs.<br><br>PANDORA MEDIA, LLC,<br><br>  Defendant. | Case Number:  3:21-CV-08294-VC<br><br>**PLAINTIFF'S NOTICE OF APPEAL** |

Notice is hereby given that Bluebonnet Internet Media Services, LLC ("Plaintiff" or "Bluebonnet"), Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the Order Granting Judgment on the Pleadings [Dkt. 149], a final judgment, entered in this action in the United State District Court for the Northern District of California on September 7, 2022, and from any and all judgments, orders, opinions, and findings pertinent or ancillary to the foregoing.

Payment of the required fee of $505.00, representing the $500.00 for docketing a case on appeal specific to 28 U.S.C. § 1913, and the filing fee of $5.00 for filing a notice of appeal specified in 28 U.S.C. §1917, is being paid contemporaneously with the filing of this Notice of Appeal to the Clerk of this Court pursuant to Fed. R. App. P. 3(e).

DATED:  September 8, 2022

By: /s/*Brian A. Carpenter*
Brian A. Carpenter (Cal. Bar No. 262349)
13760 Noel Rd., Suite 900
Dallas, Texas 75240
(972) 367-2001
carpenter@cclaw.com

Robert R. Brunelli
Brian S. Boerman
1560 Broadway, Suite 1200
Denver, Colorado 80202
(303) 863-9700
(303) 863-0223 Fax
rbrunelli@sheridanross.com
bboerman@sheridanross.com
litigation@sheriddanross.com

Walter James Scott Jr.
George T. Scott
PO Box 93198
Southlake, Texas 76092
(214) 755-1978
(817) 421-3915 Fax
skip@scott-llp.com
jorde@scott-llp.com

**ATTORNEYS FOR PLAINTIFF BLUEBONNET INTERNET MEDIA SERVICES LLC**